## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| North American Specialty Insurance | ) ASBCA No. 63270 |
| Company | ) |
| | ) |
| Under Contract No. N69450-16-D-1110 | ) |

APPEARANCES FOR THE APPELLANT:  Christopher J. Brasco, Esq.
Nicole C. Gregory, Esq.
Gregory M. Wagner, Esq.
  Watt, Tieder, Hoffar & Fitzgerald, LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Jerry Kim, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 28, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63270, Appeal of North American Specialty Insurance Company, rendered in conformance with the Board's Charter.

Dated:  February 28, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals